IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

    Plaintiff,                    No. CIV S-05-2317 DFL DAD P

   vs.

DENTON, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On January 19, 2007, the court filed findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to file his amended complaint as ordered by the court on October 16, 2006 and November 16, 2006.  On January 22, 2007, plaintiff filed a motion asking the court to allow him to hand write his own copies or "order staff to return all cases or reissue."  Plaintiff's one-page motion is captioned for filing in five cases and dozens of copies of documents are attached thereto.  What plaintiff seeks is not clear; nevertheless, his motion cannot be construed as objections to the findings and recommendations.  Therefore, plaintiff's motion will be denied and the court will grant plaintiff an extension of time to file his objections.  Plaintiff is informed that he does not need court permission to hand write copies of documents in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's January 22, 2007 motion for leave to hand write copies is denied; and

2. Plaintiff is granted twenty days from the date of this order in which to file his objections to the January 19, 2007 findings and recommendations; the document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: February 7, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
chat2317.eotObj