IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

      Plaintiff,                        No. CIV S-05-2317 DFL DAD P

    vs.

DENTON, et al.,

      Defendant.                 <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On January 19, 2007, the undersigned filed findings and recommendations recommending that this action be dismissed for plaintiff's failure to comply with the court's October 16, 2006 order. In that order, the court dismissed plaintiff's complaint and granted him leave to file an amended complaint which provided further allegations with respect to his claims regarding alleged inadequate medical care and retaliation at High Desert State Prison. Plaintiff was also cautioned that he should not reassert claims that have already been raised in his other civil rights cases filed with this court. Plaintiff failed to file an amended complaint. On February 20, 2007, plaintiff filed his objections to the findings and recommendations. In the interest of justice, the court will vacate the findings and recommendations and grant plaintiff a final opportunity to file his amended complaint, using the

1

form provided by the court.  The court will also set a page limit with respect to any amended complaint plaintiff elects to file.  Plaintiff is advised that at this stage of the proceedings, plaintiff is not required to attach his evidence to support his claims or to provide a legal brief.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on January 19, 2007, are vacated;

2. Within thirty days from the date of this order, plaintiff shall file his amended complaint as set forth in the court's October 16, 2006 order and which complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned to this case and must be labeled "Amended Complaint"; plaintiff must use the form complaint provided by the court and answer each question on the form; attachments to the amended complaint may not exceed a total of fifteen pages; failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed without prejudice; and

3. The Clerk of the Court is directed to provide plaintiff with the court's form complaint for a § 1983 action.

DATED: March 7, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
chat2317.vac