IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

    Plaintiff,                               No. CIV S-05-2317 DFL DAD P

   vs.

DENTON, et al.,

    Defendants.                      FINDINGS & RECOMMENDATIONS

_____/

        By order filed October 16, 2006, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On January 19, 2007, the undersigned filed findings and recommendations recommending that this action be dismissed for plaintiff's failure to comply with the court's October 16, 2006 order. On February 20, 2007, plaintiff filed objections to the findings and recommendations. On March 8, 2007, the findings and recommendations filed January 19, 2007 were vacated, and plaintiff was granted an additional thirty days to amend the complaint. That period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

/////

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 18, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
chat2317.fta(2)