IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

        Plaintiff,

  vs.

DENTON, et al.,

        Defendants.

Case No. 2:05-cv-02317 JKS DAD P

ORDER

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On April 19, 2007, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

      In October 2006 Plaintiff's complaint was dismissed with thirty days leave to amend. In January 2007, the magistrate judge recommended dismissal of the action for failure to comply with instruction to file an amended complaint. The findings and recommendation were subsequently vacated by the magistrate judge, and Plaintiff was given a further thirty days to file an amended complaint. As Plaintiff has yet to file an amended complaint the magistrate judge again recommends dismissal of the action for failure to comply.

      Plaintiff has filed a document entitled objections to the magistrate judge's findings and recommendations. However, Plaintiff has merely objected to the magistrate judge's conclusion,

1

failing to specifically object to anything in the magistrate judge's report.  Having reviewed the file de novo and found the findings and recommendations to be supported by the record and by the magistrate judge's analysis, the Court finds dismissal appropriate.  *See* Local Rule 11-110; Fed. R. Civ. P. 41(b).  While this dismissal is without prejudice and thus permits refiling of the action, any future dismissals for failure to comply with the rules or court orders could be with prejudice and preclude refiling.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed April 19, 2007, are adopted in full;
2. Plaintiff's motion for extension of time at Docket No. 18 is DENIED;
3. This action is dismissed without prejudice; and
4. The Clerk shall enter judgment accordingly.

Dated this the 10th day of March 2008.

/s/ James K. Singleton, Jr.
**JAMES K. SINGLETON, JR.**
United States District Judge

ORDER